ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| APTIM Federal Services, LLC | ) | ASBCA Nos. 62374, 62375, 62605 |
| | ) | |
| Under Contract No. N62473-17-C-2005 | ) | |

APPEARANCES FOR THE APPELLANT:     Robert G. Barbour, Esq.
           Timothy E. Heffernan, Esq.
            Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
            McLean, VA

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
            Navy Chief Trial Attorney
           Matthew D. Bordelon, Esq.
            Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE HERZFELD

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $4,200,000. This amount is inclusive of costs and Contract Disputes Act interest. No further interest shall be paid.

Dated: September 13, 2021

DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 62374, 62375, 62605, Appeals of APTIM Federal Services, LLC, rendered in conformance with the Board's Charter.

Dated: September 13, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals